# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1341. ALLEN CHRISTOPHER v. SARAH CHRISTOPHER.**

In January 2026, the trial court entered an order modifying a 12-month family violence protective order previously entered against Allen Christopher. Christopher then filed this direct appeal. We lack jurisdiction.

Appeals of orders in domestic relations cases — including actions arising under the Family Violence Act — must be initiated by filing an application for discretionary review. See OCGA § 5-6-35(a)(2), (b); *Phaneuf v. Anthony*, 375 Ga. App. 636, 637 (917 SE2d 191) (2025). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Consequently, "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173(1) (889 SE2d 343) (2023) (citation and punctuation omitted).

In light of Christopher's failure to follow the proper appellate procedure, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/13/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*